# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF TN

| | |
|---|---|
| GUILLERMO BARAJAS and others similarly situated, *Plaintiff(s)* v. JL ASSEMBLY, INC., SEALTECH, INC., PI, INC., HYDRA POOLS, ELLEN BURRIS, NICK ANDERSON, and BONNIE BARNETT *Defendant(s)* | Civil Action No. 1:13-CV-107 Collier/Lee |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nick Anderson
556 Union McMinn Road
Niota, TN 37826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael L. Russell
Gilbert Russell McWherter PLC
5409 Maryland Way, Suite 150
Brentwood, TN 37027

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/05/2013

*Debra C. Poplin*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

76.7

Civil Action No. 1:13-CV-107

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nick Anderson__

was received by me on *(date)* __6-11-13__.

☑ I personally served the summons on the individual at *(place)* __543 S. Main St Sweetwater TN__ on *(date)* __6-12-13__ ; or __12:03__

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __6-12-13__

Notarized by Mitzi R. Bush on 6-12-13

*Server's signature*

__Jack Thomas__
*Printed name and title*

__247 Craig Rd Lookout Mountain GA 30750__
*Server's address*

[Notary Seal: MITZI R. BUSH, STATE TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY, My Commission Expires Feb. 17, 2016]

Additional information regarding attempted service, etc: